## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 30, 2015

_____

RESPONSE REQUESTED

_____

No.   14-1180,      James Demetres v. East West Construction, Inc.
                    2:13-cv-00155-RBS-DEM

TO:   Stanley Paul Wellman, Danielle D. Giroux

RESPONSE DUE: **February 9, 2015**

A response is required to the petition for rehearing en banc. The response must be filed by the response due date shown in this notice.

Sharon A. Wiley, Deputy Clerk
804-916-2704